judgment of the District Court reinstated. MR. JUSTICE REED, MR. JUSTICE FRANKFURTER, MR. JUSTICE BURTON, and MR. JUSTICE HARLAN would deny certiorari. *John Geyer Tausig* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Burger* and *Melvin Richter* for the United States.

No. 296. UNITED STATES *v.* UNION TRUST CO. ET AL. On petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit. *Per Curiam:* The petition for writ of certiorari is granted and the judgment is affirmed. *Indian Towing Co.* v. *United States,* 350 U. S. 61. *Solicitor General Sobeloff, Assistant Attorney General Burger, Paul A. Sweeney* and *Lester S. Jayson* for the United States. *David G. Bress, Sheldon E. Bernstein, Alvin L. Newmyer* and *Jo V. Morgan, Jr.* for respondents.

No. 298. UNION TRUST CO. ET AL. *v.* EASTERN AIR LINES, INC. On petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit. *Per Curiam:* The petition for writ of certiorari is granted and the judgment is reversed.* MR. JUSTICE FRANKFURTER and MR. JUSTICE HARLAN would not grant certiorari. *David G. Bress, Sheldon E. Bernstein, Alvin L. Newmyer* and *Jo V. Morgan, Jr.* for petitioners. *Joseph W. Henderson, Richard W. Galiher* and *John M. Aherne* for respondent.

No. 389. FEDERAL TRADE COMMISSION *v.* AMERICAN CRAYON CO. On petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit. *Per Curiam:* The petition for writ of certiorari is granted and the judgment is reversed. *Solicitor General Sobeloff,*

*Modified, *post,* p. 962.